UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **GEORGE ALLEN WEAVER, JR.**, | : | **VIOLATIONS:** |
| also known as "GJ," | : | 21 U.S.C. § 846 |
| also known as "Black" | : | (Conspiracy to Distribute and Possess |
| **MICHAEL DAVID SMITH**, | : | with Intent to Distribute Heroin) |
| also known as "Mike," | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| **SEAN RAY WIGGINS**, | : | (Unlawful Distribution of Heroin) |
| also known as "Lou Lou," | : | 18 U.S.C. § 924(c)(1) |
| also known as "Black" | : | (Using, Carrying and Possessing a |
| **MATTHEW CARLTON HOWARD**, | : | Firearm During a Drug Trafficking |
| also known as "Uncle Matt," | : | Offense) |
| also known as "Mathew Calton Howard," | : | |
| **GEORGE FRANKLIN GRAHAM**, | : | |
| also known as "Franky" | : | **FORFEITURE:** |
| | : | 21 U.S.C. § 853(a), (p) |
| **Defendants.** | : | |
| | : | **UNDER SEAL** |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From on or about January 2018, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including on or about July 31, 2019, within the District of Columbia and elsewhere, defendants **GEORGE ALLEN WEAVER, JR.**, also known as "GJ," also known as "Black," **MICHAEL DAVID SMITH**, also known as "Mike," **SEAN RAY WIGGINS**, also known as "Lou Lou," also known as "Black," **MATTHEW CARLTON HOWARD**, also known as "Uncle Matt," also known as "Mathew Calton Howard," and **GEORGE FRANKLIN GRAHAM**, also known as "Franky," did knowingly and willfully combine, conspire, confederate

and agree together, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(i), and 841(b)(1)(C).

Quantity of Cocaine Base Involved in the Conspiracy:

With respect to defendant **GEORGE ALLEN WEAVER, JR.**, also known as "GJ," also known as "Black," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved one hundred grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

With respect to defendant **MICHAEL DAVID SMITH**, also known as "Mike," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved one hundred grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

With respect to defendant **SEAN RAY WIGGINS**, also known as "Lou Lou," also known as "Black," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved one hundred grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

With respect to defendant **MATTHEW CARLTON HOWARD**, also known as "Uncle Matt," also known as "Mathew Calton Howard," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved one hundred grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

With respect to defendant **GEORGE FRANKLIN GRAHAM**, also known as "Franky," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(**Conspiracy to Distribute and Possess with Intent to Distribute Heroin,** in violation of Title 21, United States Code, Section 846)

### COUNT TWO

On or about April 3, 2019, within the District of Columbia, **MICHAEL DAVID SMITH**, also known as "Mike," did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT THREE

On or about April 3, 2019, within the District of Columbia, **MICHAEL DAVID SMITH**, also known as "Mike," did unlawfully and knowingly use, and carry during and in relation to, and

possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count Two of this Indictment, which is incorporated herein, a firearm, that is, a Sig Sauer 9mm handgun.

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

### FORFEITURE ALLEGATION

1. Upon conviction of any or all of the offenses alleged in Counts One and/or Two, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

A TRUE BILL:

FOREPERSON.

*[signature]*
Attorney of the United States in
and for the District of Columbia.